**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Steven Joseph GUIDRY, Defendant–Appellant.**

No. 05–30028.

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Decided Dec. 7, 2005.

Howard Cobb Parker, Camille Ann Domingue, Assistant U.S. Attorneys, U.S. Attorney's Office Western District of Louisiana, Lafayette, LA, for Plaintiff–Appellee.

Christopher Albert Aberle, Mandeville, LA, for Defendant–Appellant.

Before BARKSDALE, STEWART and CLEMENT, Circuit Judges.

PER CURIAM: *

Steven Joseph Guidry was convicted following a guilty plea to one count of possessing stolen firearms, in violation of 18 U.S.C. § 922(j). He argues that the district court erred by imposing a sentence under a mandatory federal sentencing guideline scheme, which was held to be unconstitutional in *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). The Government concedes that the issue was preserved in the district court, that the district court committed error, and that it cannot prove that

---

the error was harmless. In light of the foregoing, we VACATE the district court's sentence and REMAND for resentencing in accordance with *Booker*.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.